■ COMMONWEALTH OF PENNSYLVANIA, Appellant, v ROBERT FREEMAN et al., Respondents.—Order of the Supreme Court, Westchester County, entered March 15, 1977, affirmed, with $50 costs and disbursements. No opinion. The examinations before trial shall proceed at the place designated in the order under review, at a time to be fixed by defendants in a written notice of not less than 15 days, or at such other time and place as the parties may agree. Hopkins, J. P., Cohalan, Margett and Hawkins, JJ., concur.